UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **Criminal Case No.** |
| v. : | |
| : | **VIOLATIONS:** |
| **NAIMAH SILLAH,** : | |
| : | **18 U.S.C. § 2314 (Interstate** |
| **Defendant.** : | **Transportation of Stolen Property)** |
| : | **18 U.S.C.§ 2 (Aiding and Abetting and** |
| : | **Causing Act to be Done)** |
| : | |
| : | **FORFEITURE: 18 U.S.C. § 981(a)(1)(C),** |
| : | **28 U.S.C. § 2461(c)** |
| : | |

## INFORMATION

The United States Attorney hereby informs the Court that:

### COUNT ONE

Between on or about March 2009 through on or about January 2014, in the District of Columbia and elsewhere, in a continuing course of conduct the defendant, **NAIMAH SILLAH**, transported, transmitted, and transferred in interstate commerce and caused to be transported, transmitted and transferred in interstate commerce, stolen goods and money valued at over $5,000, to wit, wire transfers, totaling $103,811, knowing the same to have been stolen, converted, and taken by fraud from Company A.

**(Interstate Transportation of Stolen Property and Aiding and Abetting and Causing Act to be Done, in violation of Title 18 United States Code, Section §§ 2314 and 2)**

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to this offense, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). The United States will also seek a forfeiture money judgment against the defendant in the amount of $103,811.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

**(Criminal Forfeiture,** pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United Sates Code, Section 2461(c), and Title 21, United States Code, Section 853(p))

Respectfully submitted,

CHANNING D. PHILLIPS
UNITED STATES ATTORNEY

By: _____
Teresa A. Howie
Assistant United States Attorney
555 4th Street, NW, Rm. 5824
Washington, D.C. 20530
(202) 252-6965
teresa.howie@usdoj.gov